907 A.2d 1006

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. JASON MEYER, DEFENDANT–MOVANT.

September 27, 2006.

ORDERED that the motion for direct certification of the appeal now pending in the Appellate Division is granted.